UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CENTER FOR A SUSTAINABLE COAST, INC. | * * | |
| Plaintiff, | * * | CIVIL ACTION FILE NO. |
| v. | * * | _____ |
| THE UNITED STATES ARMY CORPS OF ENGINEERS et al., | * * * | |
| Defendants. | * | |

**PLAINTIFF'S LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Center for a Sustainable Coast, Inc. certifies that the following is a full and complete list of parties in this action:

<u>Plaintiff</u>

Center for a Sustainable Coast, Inc.

<u>Defendants</u>

United States Army Corps of Engineers
Lieutenant General Todd Semonite
Colonel Daniel Hibner
Tunis McElwain

The undersigned further certifies that to best of her knowledge the following is a full and complete list of officers, directors, or trustees of the above-identified parties. Plaintiff provides this list to the best of their knowledge.

<u>Center for a Sustainable Coast, Inc.</u>

    Steve Willis, President, Center for Sustainable Coast, Inc.
    Mindy Egan, Secretary-Treasurer, Center for Sustainable Coast, Inc.
    Ellen Schoolar, Board Member, Center for Sustainable Coast, Inc.
    Les Davenport, PhD, Board Member, Center for Sustainable Coast, Inc.

-2-

David Kyler, Executive Director, Center for Sustainable Coast, Inc.
Helen Alexander, Administrative Assistant, Center for Sustainable Coast, Inc.

<u>Defendant U.S. Army Corps of Engineers</u>

Plaintiff submits the following upon information and belief:

- Major General Michael Wehr, Deputy Chief of Engineers/Deputy Commanding General, US Army Corps of Engineers
- Major General Scott A. Spellman, Deputy Commanding General for Civil and Emergency Operations, US Army Corps of Engineers
- Major General Anthony C. Funhouser, Deputy Commanding General for Military and International Operations, US Army Corps of Engineers
- Colonel Kirk E. Gibbs, Chief of Staff, US Army Corps of Engineers
- Colonel Raymond Alford Robinson, Jr., Commander Chaplan, US Army Corps of Engineers
- Karen J. Baker, SES, Chief of Environmental Division, US Army Corps of Engineers
- James C. Dalton, SES, Director of Civil Works, US Army Corps of Engineers
- Lieutenant Colonel Stephen Peterson, Deputy Commander, Savannah District, US Army Corps of Engineers
- Lieutenant Colonel John R. Grabowski, Deputy Commander for Transportation, Savannah District, US Army Corps of Engineers
- Erik Blechinger, Deputy District Engineer, PPM, Savannah District, US Army Corps of Engineers
- Jeremy C. Keels, Executive Officer, Savannah District, US Army Corps of Engineers

**The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):**

No publicly held company has a 10% or greater ownership interest in Plaintiff.

-3-

This action is related to the recently filed action: *Altamaha Riverkeeper, et al v. The United States Army Corps of Engineers, et al.,* United States District Court for the Southern District of Georgia, Civil Action No. 4:18-CV-00251-JRH-JEG.

Non-Party, Sea Island Acquisitions, LLC may have an interest in this action.

Respectfully submitted this 2nd day of November 2018.

*s/ Kimberly A. (Kasey) Sturm*<br>
Kimberly (Kasey) A. Sturm<br>
Georgia Bar No. 690615<br>
kaseys@weissman.law

WEISSMAN, P.C.
3500 Lenox Road
One Alliance Center, 4th Floor
Atlanta, GA 30326
Phone: 404.926.4630